UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. McPHERSON,<br><br>            Plaintiff,<br><br>      v.<br><br>NEWMAN,<br><br>            Defendant. | No. 2:15-cv-0712 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: May 5, 2015

/ mcph0712.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1